UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ROBERT JAMES FRANKS, | ) | No. CV 09-8690-CBM(CW) |
| | ) | [Consolidated cases: |
| Petitioner, | ) | No. CV 10-594-CBM(CW) |
| | ) | No. CV 10-1318-CBM(CW)] |
| | ) | |
| | ) | ORDER ACCEPTING REPORT AND |
| | ) | RECOMMENDATION OF |
| v. | ) | UNITED STATES MAGISTRATE JUDGE |
| | ) | |
| | ) | |
| LINDA SANDERS (WARDEN), | ) | |
| | ) | |
| Respondent. | ) | |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petitions, the records on file, and the Report and Recommendation of the United States Magistrate Judge. No written Objections to the Report have been filed. The Court accepts the findings and recommendation of the Magistrate Judge.

//
//
//
//

1

**IT IS THEREFORE ORDERED** that judgment be entered denying the Petitions and dismissing this consolidated action with prejudice.

DATED: 9/12/2012

CONSUELO B. MARSHALL
United States District Judge