UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ROBERT JAMES FRANKS, | ) | No. CV 09-8690-CBM(CW) |
| | ) | [Consolidated cases: |
| Petitioner, | ) | No. CV 10-594-CBM(CW) |
| | ) | No. CV 10-1318-CBM(CW)] |
| | ) | |
| | ) | JUDGMENT |
| v. | ) | |
| | ) | |
| LINDA SANDERS (WARDEN), | ) | |
| | ) | |
| Respondent. | ) | |

**IT IS ADJUDGED** that the petitions for writ of habeas corpus are denied and this consolidated action is dismissed with prejudice.

DATED: 9/12/2012

CONSUELO B. MARSHALL
United States District Judge